UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| RANJIT KADAN, ET AL. | CIVIL ACTION |
|---|---|
| VERSUS | NO: 08-0695 |
| AMERICAN CONTRACTORS INSURANCE COMPANY, ET AL. | SECTION: "J" (4) |

## ORDER

Before the Court is **Defendant, Phillips and Jordan, Incorporated's Motion to Strike Errata Sheet of Plaintiff, Savitri Kadan Regarding her Deposition of August 19, 2009 (R. Doc. 76)**, filed by Defendants, Dean Tanner Orr, et al. (collectively, "the Defendants"), seeking an Order striking the "Errata Sheet" of Plaintiff, Savitri Kadan ("Kadan"), regarding her deposition of August 19, 2009. Kadan did not oppose the motion. The motion was heard on the briefs.

Local Rule 7.4 provides that if a "motion requires the consideration of facts not appearing of record, the movant shall also file with the clerk and serve upon opposing counsel a copy of all documentary evidence he or she intends to submit in support of the motion." L.R. 7.4.

In the subject motion, the Defendants claim that Kadan is trying to alter and supplement her deposition testimony by using her errata sheet in violation of Federal Rule of Civil Procedure 30(e). (R. Doc. 76, p. 1.) However, despite the Defendants' indication that Kadan's deposition testimony was attached to their motion as Exhibit B, no copy of the deposition was attached. (R. Doc. 76-3, p. 2.) Without a copy of the deposition transcript, the Court lacks the necessary documentation to

rule on the motion and to determine whether the Defendants' request is, in fact, within the confines of Rules. It is incumbent upon the moving party to ensure full compliance with the Rules prior to filing a motion. Accordingly, the Defendants' motion fails to comply with Local Rule 7.4 and is procedurally deficient. Therefore, the Court denies the motion.

Accordingly,

**IT IS ORDERED** that the **Defendant, Phillips and Jordan, Incorporated's Motion to Strike Errata Sheet of Plaintiff, Savitri Kadan Regarding her Deposition of August 19, 2009 (R. Doc. 76)** is hereby **DENIED**.

New Orleans, Louisiana, this 5th day of April 2010

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**